THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOHN C. CUSKER, CSBN No. 148227
Special Assistant U.S. Attorney
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Tel: (415) 977-8975
    Fax: (415) 744-0134
    E-mail: john.cusker@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JANICE MATTHEWS, ) | CV 08-7477 (CW) |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF ) | JUDGMENT OF REMAND |
| SOCIAL SECURITY, ) | |
| Defendant. ) | |

    Based upon the stipulation of the parties, and for good cause shown, IT IS ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

Date: February 23, 2009

                                  _____/S/_____
                                  CARLA M. WOEHRLE
                                  UNITED STATES MAGISTRATE JUDGE

-1-